UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JA ME,<br><br>                Plaintiff,<br><br>v.<br><br>ITW BUILDING COMPONENTS GROUP, INC. and ALPINE ENGINEERED PRODUCTS, INC.,<br><br>                Defendants. | **STIPULATION OF DISMISSAL**<br><br>Civil Action No. 5:20-cv-00308-BKS-TWD<br><br>Hon. Brenda K. Sannes |

      COME NOW, Plaintiff Ja Me and Defendants ITW Building Components Group, Inc. and Alpine Engineered Products, Inc., by and through their respective attorneys of record. The parties have entered into a confidential settlement agreement. Pursuant to that agreement and pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate that all claims in the above-captioned action shall be DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs and attorneys' fees.

      Respectfully submitted on this 26th day of August, 2021.

| | |
|---|---|
| /s/ Sam A. Elbadawi<br>Sam A. Elbadawi, Esq.<br>Sugarman Law Firm LLP<br>211 West Jefferson Street, Suite 20<br>Syracuse, NY 13202-2680<br>Tel: (315) 474-2943<br>Fax: (315) 474-0235<br>Email: selbadawi@sugarmanlaw.com<br>*Attorney for Plaintiff Ja Me* | /s/ Bryan D. Cross<br>Bryan D. Cross, Esq.<br>Wheeler Trigg O'Donnell LLP<br>370 17th Street, Suite 4500<br>Denver, CO 80202<br>Tel: (303) 244-1800<br>Fax: (303) 244-1879<br>Email: cross@wtotrial.com<br>*Attorney for Defendants ITW Building Components Group, Inc. and Alpine Engineered Products, Inc.* |

**IT IS SO ORDERED:**

/s/ Brenda K. Sannes
**Brenda K. Sannes**
**U.S. District Judge**

**Dated:** 8/27/2021
**Syracuse, NY**